**RECEIVED**

JUN 24 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tyrone Leverson Jr
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

T. Solis 13244
M. Benz 11823
M. Baig 14926
A. Regaldo 15071
A. Zygmunt 17520
S. Wojtan 19303

K. Davis 3717
Y. Qayssar 7818
M. Mastalerczyk 13967

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

1:19-cv-04208
Judge Charles R. Norgle, Sr.
Magistrate Judge Susan E. Cox
PC11

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A. Name: Tyrone Leverson Jr

   B. List all aliases: Tyrone Leverson, Tyrone J Leverson

   C. Prisoner identification number: 20181203137

   D. Place of present confinement: Cook County department of corrections

   E. Address: P.O. Box 089002 Chicago Il. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: T. Solis 13244

   Title: Chicago Police Officer

   Place of Employment: 18th District 1160 North Larrabee Chicago Il 60610

   B. Defendant: M. Benz 11823

   Title: Chicago Police Officer

   Place of Employment: 18th District 1160 North Larrabee Chicago Il. 60610

   C. Defendant: M. Baig 14926

   Title: Chicago Police Officer

   Place of Employment: 18th District 1160 North Larrabee Chicago Il. 60610

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

List of all defendants

- T. Solis 13244
- M. Benz 11823
- M. Baig 14926
- A. Regalado 15071
- A. Zygmunt 17520
- S. Wojtan 19303
- K. Davis 3717
- Y. Qayssar 7818
- M. Mastalerczyk 13967

Continued list of defendants and places of employment

K. Davis 3717
Title: Chicago Police Officer
Place of employment: 18th District 1160 North Larrabee Chicago Il. 60610

Y. Qayssar 7818
Title: Chicago Police Officer
Place of employment: 18th District 1160 North Larrabee Chicago Il 60610

M. Mastalerczyk 13967
Title: Chicago Police Officer
Place of employment: 18th District 1160 North Larrabee Chicago Il. 60610

A. Regaldo 15071
Title: Chicago Police Officer
Place of Employment: 18th District 1160 North Larrabee Chicago Il. 60610

A. Zygmunt 17520
Title: Chicago Police Officer
Place of employment: 18th District 1160 North Larrabee Chicago Il. 60610

S. Wojtan 19303
Title: Chicago Police Officer
Place of employment: 18th District 1160 North Larrabee Chicago Il 60610

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: __NONE__

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On December 3, 2018 the officers were responding to a call for a battery when I saw them arrive & step out of their vehicles Officer T. Solis #13244 approached me while the bright lights from the police truck were shined at me and blurred my vision. I announced that I needed medical attention & she turned me facing away from her & the other officers, detained me with handcuffs behind my back and searched my pockets. Afterwards they forced me to my knees in such a way that I took injuries to my right knee & was unable to stand on my own. Then the officers dragged me to my feet & placed me inside their vehicle and took me to the 18th district police station at the crossblocks of Division Ave & Larrabee Ave. When I arrived at the station T. Solis placed me in a holding cell & I told the officers again that I needed medical attention She then told me that I was under arrest for robbery. I then asked for my attorneys business card out of my wallet so that I may call & have him present in which I heard one of the officers say "You cant have that" Then I watched

Revised 9/2007

the officers work together to write a arrest report & complaint on me for robbery of a credit card on behalf of a person I never had any contact with & the signature on the complaint is unreadable. & they confiscated my cash money in the form of 267$ U.S.D for investigation pourposes. I was transported to the Cook County jail where I was given a "No bond" while at the jail I recieved a consultation with doctors & have been diagnosed with a torn meniscus & stressed ACL in my right knee. Some of the officers were not wearing name tags or were not in my direct line of sight & the light from the police truck blinded my vision. My only means of identifying the officers was from the arrest report. T. Solis was identified because she appeared at the preliminary court date on Dec. 28, 2018. The scene of the battery was at the corner of State St & Huron Ave in Chicago Il

  I am filing a claim because the officers 1) used excessive force 2) Denied me medical attention 3) denied me of my right to speak with my attorney. 4) Falseified a complaint.
18th District police station is located at 1160 North Larrabee Chicago Il. 60610. The officers were using bodycams at the time.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like monetary compensation. I want the court to grant me the police officers pensions and bonds for the pain and suffering, the denial of my rights, the cruel treatment, excessive force of the officers and malicious intent they used by denying me of my rights & trying to cover up their misdeeds. I would also like monetary compensation for the injury to my knee & the falsified reports.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18th day of June, 2019

_Tyrone Leverson Jr._
(Signature of plaintiff or plaintiffs)

Tyrone Leverson Jr
(Print name)

20181203137
(I.D. Number)

Cook County Department of Corrections
P.O. Box 089002
Chicago IL 60608
(Address)

6

Revised 9/2007